IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PATRICIA D. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:13CV356 |
| ) | |
| GUILFORD COUNTY SCHOOLS, ) | |
| MAURICE GREEN, Superintendent, ) | |
| CHARLES BLANCHARD, Principal SEGH, ) | |
| ) | |
| Defendants. ) | |

ORDER

BEATY, District Judge.

This matter is before the Court on a Recommendation of the United States Magistrate Judge recommending that this action be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The Recommendation was filed on May 24, 2013, and notice was served on the parties pursuant to 28 U.S.C. § 636(b). On June 10, 2013, Plaintiff filed timely Objections to the Recommendation. The Court has now reviewed de novo the Objections and the portions of the Recommendation to which objection was made, and finds that the Objections do not change the substance of the United States Magistrate Judge's ruling. The Magistrate Judge's Recommendation [Doc. #4] is therefore affirmed and adopted.

IT IS THEREFORE ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B) for being frivolous.

This, the 9th day of July, 2013.

_____
United States District Judge